**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
*Tampa Division*

| | |
|---|---|
| In re: | **Chapter 11** |
| **Sun Coast Hospital, Inc., and** | **Case Nos.** 8:07-bk-12926-MGW |
| **Sun Coast Imaging Center, LLC,** | and |
| | 8:07-bk-12928-MGW |
| Debtors. | (Jointly Administered Under Case No. |
| _____/ | 8:07-bk-12926-MGW) |

**ORDER GRANTING DEBTOR'S MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF EMRHEIN & ASSOCIATES TO PROVIDE CONSULTING SERVICES FOR (A) PREPARATION OF FINAL MEDICARE COST REPORT AND (B) REVIEW AND DETERMINATION OF DISPROPORTIONATE SHARE PAYMENT CALCULATION**

This cause came on for hearing before the Court on May 14, 2008, at 11:00 a.m. (the "Hearing"), upon the Debtor's Motion for Order Authorizing Employment of Emrhein & Associates to Provide Consulting Services for (A) Preparation of Final Medicare Cost Report and (B) Review and Determination of Disproportionate Share Payment Calculation [Docket No. 866] (the "Motion").[1] The Motion was served upon Emrhein & Associates ("E&A") and all parties set forth on the Master Service List for these cases. No party filed an objection to the relief requested in the Motion. The Court considered the Motion, together with the record and the arguments of counsel at the Hearing, and, being otherwise duly advised in the premises and for the reasons announced on the record at the Hearing, finds that the Motion is well taken and shall be granted in accordance with the terms and conditions set forth herein.

ACCORDINGLY, IT IS ORDERED, ADJUDGED, AND DECREED that:

1. The Motion is granted.

---

[1] Unless otherwise defined herein, capitalized terms used herein shall have the meaning ascribed to such terms in the Motion.

2. The Debtor is authorized to enter into the Medicare CSA and the DSH CSA.

3. The Debtor is authorized to employ E&A as a third party administrator (i) to prepare the final termination Medicare cost report and other work reasonably related to same, including the Medicare Services, in accordance with the terms and conditions of the Medicare CSA, and (ii) to provide a review and determination of the final termination Medicare cost report Disproportionate Share payment calculation, including the DSH Services, in accordance with the terms and conditions of the DSH CSA.

4. The Debtor is authorized to compensate E&A for the Medicare Services (i) in the amount of $25,000 to be paid upon timely and proper completion of the cost report and within fifteen (15) days of receipt of an invoice, and (ii) for its reasonable out-of-pocket tax deductible business expenses, to be paid within fifteen (15) days of receipt of an invoice and supporting documents. The Debtor is further authorized to compensate E&A for the cost, not to exceed $250, of the Debtor being added as an additional hospital to its HFS cost report license software, to be paid within fifteen (15) days of receipt of an invoice and supporting documents.

5. The Debtor is authorized to compensate E&A for the DSH Services by paying E&A an amount equal to twenty percent (20%) of the actual DSH payment Sun Coast receives from the Medicare program within fifteen (15) days of its receipt of such DSH cash payment. If the Debtor does not qualify for DSH payments, the Debtor is authorized to pay E&A a fee of $7,500 to be paid within fifteen (15) days of completion of the DSH Services. In addition, the Debtor is authorized to compensate E&A for its reasonable out-of-pocket tax deductible business expenses to be paid within fifteen (15) days of receipt of an invoice and supporting documents. In the event E&A is not able to complete the DSH Services due to the Debtor's system limitations,

the Debtor is authorized to pay E&A its actual fees incurred to date, not to exceed $7,500, and reimburse reasonable out of pocket tax deductible business expenses.

6. The Debtor is further authorized to employ E&A to perform services related to the review and rebuttal of the rejection of a bad debt allowance by the Medicare Fiscal Intermediary for the Debtor's fiscal year 2006 Medicare cost report. The Debtor is authorized to compensate E&A at the hourly rates set forth in the Medicare CSA for these services.

7. The Debtor is authorized to pay all of the compensation to E&A as set forth in this Order without further order of the Court or the need for E&A to file an interim or final fee application with respect thereto.

DONE AND ORDERED at Tampa, Florida, on May 20, 2008.

MICHAEL G. WILLIAMSON
United States Bankruptcy Judge

cc: Charles A. Postler, Esq., who is
directed to serve a copy of this Order
on E&A and all parties listed on the
Master Service List and thereafter
file a certificate of service

H:\User\Sun Coast Hospital\Orders\Emrhein & Assoc. Employment.doc

3