# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
*Tampa Division*

| | |
|---|---|
| In re: | Chapter 11 |
| Sun Coast Hospital, Inc., and<br>Sun Coast Imaging Center, LLC, | Case Nos.   8:07-bk-12926-MGW<br>and<br>8:07-bk-12928-MGW |
| Debtors.<br>_____/ | (Jointly Administered Under Case No.<br>8:07-bk-12926-MGW) |

### ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING CONTINUATION OF EMPLOYMENT OF FIRST SERVICE ADMINISTRATORS, INC.

This cause came on for hearing before the Court on August 12, 2008, at 10:00 a.m. (the "Hearing"), upon the Debtor's Emergency Motion for Order Authorizing Continuation of Employment of First Service Administrators, Inc. [Docket No. 1077] (the "Motion").[1] The Motion was served upon First Service Administrators, Inc. ("FSA") and all parties set forth on the Master Service List for these cases. No party filed an objection to the relief requested in the Motion. The Court considered the Motion, together with the record and the arguments of counsel at the Hearing, and being otherwise duly advised in the premises and for the reasons announced on the record at the Hearing, finds that the Motion is well taken and shall be granted in accordance with the terms and conditions set forth herein.

ACCORDINGLY, IT IS ORDERED, ADJUDGED, AND DECREED that:

1. The Motion is granted.

2. The Debtor is authorized to continue to employ FSA as a third party administrator to process medical, dental and flexible spending account claims of former employees of Sun

---

[1] Unless otherwise defined herein, capitalized terms used herein shall have the meaning ascribed to such terms in the Motion.

Coast arising prior to the Closing, in accordance with the terms and conditions of the Memorandum of Understanding Extension of Terms dated August 1, 2008 attached as <u>Exhibit 1</u> to the Motion (the "Extended MOU").

3. The Debtor is authorized to compensate FSA for its services as set forth in the Extended MOU, without further order of the Court or the need for FSA to file an interim or final fee application with respect thereto.

DONE AND ORDERED at Tampa, Florida, on _August 26, 2008_.

_____
MICHAEL G. WILLIAMSON
United States Bankruptcy Judge

cc: Charles A. Postler, Esq., who is
directed to serve a copy of this Order
on all parties listed on the Master
Service List and the parties listed below
and thereafter file a certificate of service

First Service Administrators, Inc.
Attn: Jeffrey Hauser, Interim CEO
101 E. Kennedy Boulevard, Suite 1160
Tampa, Florida 33602

First Service Administrators, Inc.
3035 Lakeland Hills Boulevard
Lakeland, Florida 33805-2225

F:\User\Sun Coast Hospital\Orders\First Service - Continued Employment.doc